IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTHONY WAYNE WRIGHT                                                                PLAINTIFF

v.                              Case No. 3:19-cv-00030-KGB

DOE                                                                                 DEFENDANT

## ORDER

On May 15, 2019, the Court directed plaintiff Anthony Wayne Wright either (1) to pay the $400.00 filing fee in full or (2) to file a properly completed application to proceed *in forma pauperis* within 30 days from the entry of the Order (Dkt. No. 2). Mr. Wright was advised that, if he failed to do so timely, this case would be dismissed without prejudice. Local Rule 5.5(c)(2) ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.")

As of the date of this Order, Mr. Wright has not complied with the Court's May 15, 2019, Order of May 15, 2019, and the time for doing so has passed. Accordingly, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 19th day of December, 2019.

                                                                                         Kristine G. Baker
                                                                                         United States District Judge