IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTHONY WAYNE WRIGHT                                                                 PLAINTIFF

v.                              Case No. 3:19-cv-00030-KGB

DOE                                                                                 DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice.

It is so adjudged this 19th day of December, 2019.

*[signature]*
Kristine G. Baker
United States District Judge